UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CR512 RWS |
| | ) | |
| DEANNA SPRINGER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on defendant's motion to continue the trial setting. For good cause shown, the Court finds that the ends of justice served by such continuance outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to continue is granted pursuant to 18 U.S.C. §3161(h)(8).

**IT IS FURTHER ORDERED** that jury trial of this matter is reset to the Court's **two-week docket** beginning **Monday, January 9, 2006,** at **9:00 a.m.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of November, 2005.